IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 66, AFL-CIO AND CONSTRUCTION INDUSTRY COMBINED FUNDS, INC., et al., | Civil Action No. 11-506 |
| Plaintiff, | Judge Gary L. Lancaster |
| v. | |
| BABCOCK EXCAVATING, INC., RALPH SCOBBO and LISA A. HADEN, | |
| Defendants. | |

## ORDER OF COURT

AND NOW, to wit, this 5th day of July, 2011, upon consideration of Plaintiff's Motion for Entry of Default Judgment and the affidavits attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion be, and hereby is GRANTED. Judgment is entered in favor of the Plaintiff, Operating Engineers Local 66, AFL-CIO and Construction Industry Combined Funds, Inc., and against the Defendant, Babcock Excavating, Inc., in the amount of $7,073.59.

BY THE COURT:

_____
The Honorable Gary L. Lancaster
Chief United States District Judge