IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 66, AFL-CIO AND CONSTRUCTION INDUSTRY COMBINED FUNDS, INC., et al., | Civil Action No. 11-506 |
| Plaintiff, | Judge Gary L. Lancaster |
| v. | |
| BABCOCK EXCAVATING, INC., RALPH SCOBBO and LISA A. HADEN, | |
| Defendants. | |

## CONSENT JUDGMENT

AND NOW, this 12th day of Sept, 2011, with the consent of the parties, judgment is hereby entered in favor of the Plaintiff and against Defendant, Ralph Scobbo, in the amount of $64,295.12 as to Count I of the Complaint and $4,480.27 as to Count II of the Complaint, plus additional interest from August 31, 2011.

It is further agreed that Defendant Lisa A. Haden is hereby DISMISSED from the above-referenced action.

This judgment is not res judicata with regard to the disputed issue of non-dischargeability in any future bankruptcy proceeding.

_____
The Honorable Gary L. Lancaster
Chief United States District Judge

/s/ Neil J. Gregorio
Neil J. Gregorio, Esquire
Attorney for Plaintiff

/s/ Mary Bower Sheats
Mary Bower Sheats, Esquire
Attorney for Defendant, Ralph Scobbo

/s/ Matthew J. Lautmann
Matthew J. Lautman, Esquire
Attorney for Defendant, Lisa A. Haden

LIT:505595-1 017020-146547